THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* KIYOSHI MOGI, Defendant-Appellant.

(No. 59876;

First District (5th Division)—July 12, 1974.

Opinion by Mr. JUSTICE DRUCKER.

Lester H. Broussard, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., and Lorence H. Slutzky, Assistant State's Attorneys, of counsel), for the People.